# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 06/20/2023

**Case Name:** Paul Hansmeier v. United States
**Case Number:** 23-2436

**Docket Text:**
APPLICATION for Certificate of Appealability, filed by Appellant Mr. Paul R. Hansmeier w/service 06/20/2023 [5288307] [23-2436]

**The following document(s) are associated with this transaction:**
Document Description: Request for Certificate of Appealability
Document Description: Envelope

**Notice will be mailed to:**

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN  55072-1000

**Notice will be electronically mailed to:**

Honorable Joan N. Ericksen: JNEricksen@mnd.uscourts.gov, Cathy_Cusack@mnd.uscourts.gov
Ms. Lisa D. Kirkpatrick: lisa.kirkpatrick@usdoj.gov, usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov,daniel.diaz3@usdoj.gov
Ms. Erin Secord: erin.secord@usdoj.gov, catherine.merle@usdoj.gov,caseview.ecf@usdoj.gov,bernetta.miller@usdoj.gov,bernetta.miller@usdoj.gov
Ms. Ana H. Voss: ana.voss@usdoj.gov, usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov