## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 23-_2436_

Paul Hansmeier,

      Appellant,

v.

United States,

      Appellee.

**FILED**

**JUN 2 9 2023**

U.S. Court of Appeals
Eighth Circuit-St Paul, MN

### REQUEST TO TAKE JUDICIAL NOTICE

Paul Hansmeier, the movant-appellant, moves this Court under Federal Rule of Evidence 201 to take judicial notice of the following adjudicative fact:

Paul Hansmeier has not been sanctioned for using an undercover investigator to ferret out infringers and his use of an investigator did not cause the dismissal of any of his copyright enforcement claims.

The Westlaw and/or LEXIS legal databases establish the truth of the fact for which judicial notice should be taken. A search of those databases for the terms "Hansmeier" and "sanction" reveals zero cases in which Hansmeier has been sanctioned for employing an undercover investigator. A search of those databases for "Hansmeier" and "dismissed" reveals zero cases in which Hansmeier copyright enforcement cases were dismissed because Hansmeier used an undercover investigator.

Dated: June 26, 2023

Respectfully submitted,

Paul Hansmeier
20953-041  Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

**RECEIVED**

**JUN 2 9 2023**

U.S. Court of Appeals
Eighth Circuit - St. Paul, MN

## CERTIFICATE OF SERVICE
## FOR PRO SE DOCUMENTS

On the 26 day of June, 20 23, the undersigned party served the following document or documents (list documents):

Request for Judicial Notice

on (list names and addresses of parties or attorneys):

Clerk of Court for the Eighth Circuit

by delivering a copy by (state how you served the document, such as U.S. Mail):

U.S. Mail First Class Postage Prepaid

_____
(Signature)

Paul Harrshader
(Print or Type Name)