# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 08, 2023

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN  55072-1000

   RE:  23-2436  Paul Hansmeier v. United States

Dear Paul Hansmeier:

  Enclosed is a copy of the dispositive order entered today in the referenced case.

  Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Prodecure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                Michael E. Gans
                Clerk of Court

MTB

Enclosure(s)

cc: Ms.  Clerk, U.S. District Court, District of Minnesota
   Ms. Lisa D. Kirkpatrick
   Ms. Erin Secord
   Ms. Ana H. Voss

   District Court/Agency Case Number(s):   0:21-cv-02751-JNE