# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2436

Paul R. Hansmeier

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02751-JNE)

---

**MANDATE**

In accordance with the judgment of August 8, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 29, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit